# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 6/6/2019 |
| Case: 19−01293−jlg | Form ID: 144 | Total: 11 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| pla | GSCP VI Edgemarc Holdings, L.L.C. |
| pla | GSCP VI Parallel Edgemarc Holdings, L.L.C. |
| pla | WSEP and Bridge 2012 Edgemarc Holdings, L.L.C. |
| pla | EM Holdco LLC |
| dft | ETC Northeast Pipeline, LLC |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| aty | Beth Levine    Pachulski Stang Ziehl Young Jones    780 Third Avenue    36th Floor    New York, NY 10017 |
| smg | New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| smg | N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance    345 Adams Street, 3rd Floor    Attn: Legal Affairs – Devora Cohn    Brooklyn, NY 11201−3719 |
| ust | United States Trustee    Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014 |

TOTAL: 6