UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| GSCP VI EDGEMARC HOLDINGS, L.L.C.,<br>GSCP VI PARALLEL EDGEMARC HOLDINGS,<br>L.L.C., WSEP AND BRIDGE 2012 EDGEMARC<br>HOLDINGS, L.L.C., AND EM HOLDCO LLC,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ETC NORTHEAST PIPELINE, LLC,<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:  Adv. Proc. No. 19-01293 (JLG)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Michael P. Lynn, request admission, *pro hac vice*, before the Honorable James L. Garrity, Jr. to represent ETC Northeast Pipeline, LLC in the above-referenced adversary proceeding.

I certify that I am a member in good standing of the Bar of the State of Texas and the bar(s) of the United States District Court for the Northern, Southern, Eastern, and Western Districts of Texas.

I have submitted the filing fee of $200.00 with this *pro hac vice* motion for admission.

Dated: June 17, 2019　　　　　　　　　　LYNN PINKER COX & HURST, L.L.P.

　　　　　　　　　　　　　　　　　　　　*/s/ Michael P. Lynn*
　　　　　　　　　　　　　　　　　　　　Michael P. Lynn
　　　　　　　　　　　　　　　　　　　　2100 Ross Avenue, Suite 2700
　　　　　　　　　　　　　　　　　　　　Dallas, Texas  75201
　　　　　　　　　　　　　　　　　　　　Telephone:  (214) 981-3800
　　　　　　　　　　　　　　　　　　　　Facsimile:  (214) 981-3839
　　　　　　　　　　　　　　　　　　　　Email: mlynn@lynnllp.com

　　　　　　　　　　　　　　　　　　　　*Counsel to ETC Northeast Pipeline, LLC*