UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| GSCP VI EDGEMARC HOLDINGS, L.L.C., <br> GSCP VI PARALLEL EDGEMARC HOLDINGS, <br> L.L.C., WSEP AND BRIDGE 2012 EDGEMARC <br> HOLDINGS, L.L.C., AND EM HOLDCO LLC, <br> <br>      Plaintiffs, <br> <br> vs. <br> <br> ETC NORTHEAST PIPELINE, LLC, <br> <br>      Defendant. | : <br> : <br> : <br> : <br> : <br> :   Adv. Proc. No. 19-01293 (JLG) <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John S. Adams, request admission, *pro hac vice*, before the Honorable James L. Garrity, Jr. to represent ETC Northeast Pipeline, LLC in the above-referenced adversary proceeding.

I certify that I am a member in good standing of the Bar of the State of Texas and the bar of the United States District Court for the Northern District of Texas.

I have submitted the filing fee of $200.00 with this *pro hac vice* motion for admission.

Dated: June 18, 2019                  LYNN PINKER COX & HURST, L.L.P.

                                            */s/ John S. Adams*
                                            John S. Adams
                                            2100 Ross Avenue, Suite 2700
                                            Dallas, Texas  75201
                                            Telephone:  (214) 981-3800
                                            Facsimile:  (214) 981-3839
                                            Email: jadams@lynnllp.com

                                            *Counsel to ETC Northeast Pipeline, LLC*